U.S. DISTRICT COURTS OF AMERICA

ROBERT WILLIE JOHNSON,
PLAINTIFF.

V.

GEOFFREY J.L. BROWN, et al,
DEFENDANTS.

JURY TRIAL DEMANDED

RECEIVED
APR 03 2026
PRO SE OFFICE
RECEIVED
APR 03 2026
U.S.D.C.
W.P.

I. LEGAL BASIS FOR CLAIM IS FAILURES TO PROSECUTE.

II. PLAINTIFF INFORMATION IS ROBERT WILLIE JOHNSON: #02125-512 : LEWISBURG USP : PO BOX 1000 : LEWISBURG, PA 17837.

III. I am wrongfully imprisoned without "Warrants" and or "Indictments" and requested "Speedy Trials".

IV. DEFENDANT INFORMATION: Geoffrey J.L. Brown; Paula Briggs; Lisa A. Peebles; Randi Juda Bianco; Courtenay McKeon; James Egan; Renata Hohl; John M. Domurad; Mark W. Pedersen; Brenda K. Sannes; Mae A. D'Agostino; Anne M. Nardacci; Anthony J. Brindisi; Elizabeth C. Coombe; Lawrence E. Kahn; Glenn T. Suddaby; Frederick J. Scullin Jr.; David N. Hurd; Therese Wiley Dancks; Miroslav Lovric; Daniel J. Stewart; Mitchell J. Katz; Paula J. Evangelista and Gary L. Favro: 100 S. CLINTON ST.; Syracuse, NY 13261; UNITED STATES OF AMERICA: USA; Federal Bureau of Prisons: PO Box 474701: Des Moines, IOWA 50947; Onondaga County Justice

**IV. DEFENDANT INFORMATION: (cont.)**

Center: 555 S. State St: Syracuse, NY 13202; Cayuga County Correctional Facility: Auburn, NY; Brooklyn Metropolitan Detention Center: Brooklyn, NY; Delaware County Correctional Facility: Delhi, New York; Essex County Correctional Facility: Newark, New Jersey; and Lewisburg United States Penitentiary: PO Box 1000: Lewisburg, PA 17837; Anthony Zachary Glaze: Syracuse, New York. Karlie Hall: Syracuse, NY.

**V. STATEMENT OF CLAIM**

Places of occurrences are Syracuse, NY; Auburn, NY; Brooklyn, NY; Delhi, NY; Newark, NJ and Lewisburg, PA.

Dates of occurrences are August 12, 2025- to date.

Facts: Robert Willie Johnson was arrested at his residence 122 Dickerson St: Syracuse, NY 13202 by Anthony Zachary Glaze without "Warrants". Brenda K. Sannes, Mae A. D'Agostino, Anne M. Nardacci, Anthony J. Brindisi, Elizabeth C. Coombe, Lawrence E. Kahn, Glenn T. Suddaby, David N. Hurd, Frederick J. Scullin Jr., Thérèse Wiley Dancks, Daniel J. Stewart, Miroslav Lovric, Mitchell Katz, Gary L. Favro and Renata Hohl, James Egan, Randi Juda Bianco ②, John M. Domurad and

I. Facts: Paul J. Evangelista failed to terminate Anthony Zachary Glaze from employment and recused themselves without giving Robert Willie Johnson written notice on August 13, 2025 and failed to "DISMISS" USDC: NDNY Case # 5:25-mj-00236-mjp. Mark W. Pedersen was allowed to preside and Robert Willie Johnson "DEMANDED" a speedy trial on August 13, 2025 via teleconference. Geoffrey J.L. Brown, Paula Briggs, Anthony Zachary Glaze, Karlie Hall and Lisa A. Peebles failed to provide Brady Material to Robert Willie from August 12, 2025 - to date and "DEMANDED" Robert Willie Johnson be declared incompetent to stand trial due to reports made against Onondaga County Sheriff Saddock on August 15, 2025. From August 12, 2025-to date, Robert Willie Johnson has been detained and transported from Onondaga County Justice Center (08/12/2025-08/15/2025); Cayuga County Correctional Facility (08/16/2025-08/26/2025); Brooklyn Metropolitan Detention Center (08/26/2025-10/15/2025); Delaware County Correctional Facility (10/15/2025-12/11/2025); Essex County Correctional Facility (12/11/2025-03/04/2026) and Lewisburg USP (03/04/2026-to date) without "Warrants" and or "Indictments". Federal Bureau of Prisons and the United States of America are denying all liabilities for above-said actions taken.

③

V. Facts: Robert Willie Johnson concluded that Geoffrey J.L. Brown bribed Mark W. Pedersen on August 19, 2025 to declare Robert Willie Johnson incompetent to stand trial after having no medical evidentiary records or camera footages of Onondaga County Sheriff Officer Saddock on August 15, 2025. Robert Willie Johnson hereby request Civil Investigative Demands for "USDC: NDNY Case# 5:25-mj-00236-mjp" & # 5:25-mj-00236-MWP-1" and Robert Willie Johnson reserves all rights for prosecutions and monetary sanctions.

Injuries: Mental and physical anguish; worsening of pre-existing physical injuries; and Robert Willie Johnson has been denied adequate medical treatment.

VI. Reliefs: Releases From Custody; Dismissals of Federal Criminal Complaints; Terminations of Responsible Parties; Criminal Charges Against Responsible Parties; Civil Investigative Demands; $100,000,000.00 for punitive damages; $100,000,000.00 for putative damages; Restraing Orders Against Responsible Parties.

④

## VII. CERTIFICATE OF SERVICE

I, Robert Willie Johnson, served a copy of Complaints and In Forma Pauperis Affidavit upon:

1. Court Clerk: 300 Quarropas St: White Plains, NY 10601.

03/28/2026

Robert Willie Johnson
Robert Willie Johnson
#02125-512

⑤

Inmate Name: ROBERT W. JOHNSON

Register Number: 02125-512

United States Penitentiary

P.O. Box 1000

Lewisburg, PA 17837

LEGAL MAIL

RECEIVED

MAR 30 2026

By

HARRISBURG PA 171

31 MAR 2026 PM

U.S. OFFICIAL MAIL    PENALTY FOR PRIVATE USE $300

US POSTAGE IMI PITNEY BOWES

ZIP 17837
02 7H
0005951592    MAR 30 2026

$ 000.74⁰

FIRST-CLASS

USM
SDNY

COURT CLERK

300 QUARROPAS ST.

WHITE PLAINS, NY 10601





RECEIVED

APR 03 2026

PRO SE OFFICE

U.S. PENITENTIARY
P.O. BOX 1000
LEWISBURG, PA 17837
DATE

"The enclosed letter was processed through special
mailing procedures for forwarding to you. The letter has
neither been opened nor inspected. If the writer raises
a question or problem over which this facility has
jurisdiction, you may wish to return the material for
further information or clarification. If the writer encloses
correspondence for forwarding to another address,
please return to the enclosure to the above address."